# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 19-cv-02369-CMA-SKC

J.Z.A., *a minor, by and through his Mother and next friend* LUZ FIERRO

    Plaintiff,

v.

CENTURA HEALTH CORPORATION, *d/b/a* ADVISTA ADVENTIST HOSPITAL,
UNITED STATES OF AMERICA,
CELIA TYRON, *R.N.*,
MICHELE J. SEVCIK, *R.N.*, and
MICHELE N. LEWIS, *R.N.*

    Defendants.

---

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS THE UNITED STATES AS A PARTY AND REMAND THE CASE TO BOULDER COUNTY COMBINED COURT

---

This matter is before the Court on Plaintiff's Unopposed Motion to Dismiss the United States as a Party and Remand this case to Boulder County Combined Court (Doc. # 64). Having reviewed the Motion, pertinent record, and relevant law, the Court agrees with Plaintiff that good cause exists to grant the Motion and remand this action to the Boulder County Combined Court.

Consonant with the United States Supreme Court's *Carnegie-Mellon University v. Cohill* decision, this Court has "discretion under the doctrine of pendent jurisdiction to remand a properly removed case to state court when all federal-law claims in the action have been eliminated and only pendent state-law claims remain." 484 U.S. 343, 357

(1988). In light of Plaintiff's request to dismiss with prejudice the Federal Tort Claims Act claim against the United States and to dismiss without prejudice "any other claim against the United States, based on the acts or omissions of any other individual who is a deemed Public Health Service employee," no federal law claims remain in this case. (Doc. # 64 at 2.) Indeed, upon such dismissal, only state law negligence claims endure. As such, in the interest of accommodating "values of economy, convenience, [and] fairness" and the principle of "comity to the States[,]" *Cohill*, 484 U.S. at 350, this Court exercises its discretion to remand this action to the Boulder County Combined Court.

Accordingly, the Court ORDERS as follows:

1. Plaintiff's Unopposed Motion to Dismiss the United States as a Party and Remand this case to Boulder County Combined Court (Doc. # 64) is GRANTED. It is

2. FURTHER ORDERED that Plaintiff's Second Claim for Relief (Doc. # 5 at ¶¶ 159–165) is DISMISSED WITH PREJUDICE and the United States of America is DISMISSED as a party to the instant action. It is

3. FURTHER ORDERED that this action is REMANDED to the Boulder County Combined Court for the State of Colorado for further proceedings.

DATED: December 17, 2019

                                                  BY THE COURT:

                                                  CHRISTINE M. ARGUELLO
                                                  United States District Judge